AO-10 (WP)
Rev. 1/2004

# FOR CALENDAR YEAR 2003

in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Furgeson, William R. | U. S. District Court, Texas Western | June 22, 2004 [AMENDED 8/25/04] |

| 4. Title | (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|---|
| U. S. District Judge Article III | | ___ Nomination, Date _____  ___ Initial    X   Annual   ___ Final | 01/01/03 through 12/31/03 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 655 E. Durango, Courtroom Four San Antonio, TX 78206 | Reviewing Officer _____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X     NONE (No reportable positions.) | |

RECEIVED SEP 2 11 22 AM '04 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| NONE (No reportable agreements.) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. Filer's Non-Investment Income

| x   NONE (No reportable non-investment income.) | | |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| NONE (No reportable non-investment income.) | | |
|---|---|---|
| 2003 | Self-employed lawyer | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R. | June 22, 2004<br>[Amended 8/25/04] |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | State Bar of Texas | Austin, TX, February 7 and 8, contract seminar-professional assoc. (meals, hotel, transportation) |
| 2 | State Bar of Texas | Houston, TX, February 20, contract seminar-professional assoc. (meals, hotel, transportation) |
| 3 | University of Cincinnati | Cincinnati, OH, March 13 and 14, contract seminar (meals, hotel, transportation) |
| 4 | State Bar of Texas | Austin, TX, March 28, contract seminar-professional assoc. (meals, hotel, transportation) |
| 5 | Trans-Pecos Bar Association | Marfa, TX, April 26 and 27, professional assoc. (meals, hotel, transportation) |
| 6 | State Bar of Texas | Dallas, TX, May 18 and 19, contract seminar-professional assoc. (meals, hotel, transportation) |
| 7 | State Bar of Texas | Houston, TX, June 12 and 13, contract seminar-professional assoc. (meals, hotel, transportation) |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less.  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=25,000,001-50,000,000  P4=50,000,001 or more

**FINANCIAL DISCLOSURE REPORT**
(Attachment)

Furgeson, William R.

## IV. REIMBURSEMENTS

| | | |
|---|---|---|
| 8. | Center for Civic Education | Washington, DC, Sept. 20-23, professional assoc. (meals, hotel, transportation) |
| 9. | State Bar of Texas | Dallas, TX, Oct. 9 and 10, professional assoc. (meals, hotel, transportation) |
| 10. | State Bar of Texas | Houston, TX, Nov. 6 and 7, professional assoc. (meals, hotel, transportation) |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, | | | | | | | | | |
| 1 | Wells Fargo Bank Accts. | | None | J | T | | | | | |
| 2 | Oaks Bank Acct. | | None | J | T | Open | 07/05 | J | | |
| 3 | Wells Fargo Inv.-money market | | None | J | T | Open | 11/03 | J | | |
| 4 | USAA Brokerage Svc. Acct. #1 | | | | | | | | | |
| 5 | --Growth & Income Fund | | None | J | T | Buy | 11/03 | J | | |
| 6 | --S&P 500 Index Fund Mem.Shares | | None | J | T | Buy | 11/03 | J | | |
| 7 | --Tax-Exmpt Intrmed.-Term Fund | | None | J | T | Buy | 11/03 | J | | |
| 8 | USAA Brokerage Svc. Acct. #2 | | | | | | | | | |
| 9 | --Growth & Income Fund | | None | K | T | Buy | 11/03 | K | | |
| 10 | --High-Yield Opp. Fund | | None | J | T | Buy | 11/03 | J | | |
| 11 | --S&P 500 Index Fund Mem.Shares | | None | K | T | Buy | 11/03 | K | . | |
| 12 | --Tax-Exmpt Intrmed.-Term Fund | | None | J | T | Buy | 11/03 | J | | |
| 13 | --Tax-Exmpt Money Mkt. Fund | | None | K | T | Buy | 11/03 | K | | |
| 14 | --Tax-Exmpt Short-Term Fund | | None | J | T | Buy | 11/03 | J | | |
| 15 | --Value Fund | | None | K | T | Buy | 11/03 | K | | |
| 16 | USAA Bank | | None | K | T | Open | 10/02 | K | | |
| 17 | Trust Account #1 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R. | 6/22/04 [amended 8/25/04] |

VII. Page 2 INVESTMENTS and TRUSTS -- Income, value, transactions  *(Includes those of*     *spouse and dependent children.' See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18    --USAA Delayed Quote | | None | J | T | Took over | 10/09 | J | | |
| 19    --USAA Growth & Income Fund | | None | K | T | Took over | 10/09 | K | | |
| 20    --USAA Income Fund | | None | J | T | Took over | 10/09 | J | | |
| 21    --USAA Intrmed-Term Bond Fund | | None | K | T | Took over | 10/09 | K | | |
| 22    --USAA Money Market Fund | | None | K | T | Took over | 10/09 | K | | |
| 23    --USAA S&P 500 Ind Fnd Mem.Sh | | None | L | T | Took over | 10/09 | L | | |
| 24    --USAA Short-Term Bond Fund | | None | K | T | Took over | 10/09 | K | | |
| 25    Trust Account #2 | | | | | | | | | |
| 26    --USAA Delayed Quote | | None | K | T | Took over | 10/09 | K | | |
| 27    --USAA Growth & Income Fund | | None | L | T | Took over | 10/09 | L | | |
| 28    --USAA Income Fund | | None | L | T | Took over | 10/09 | L | | |
| 29    --USAA Intrmed-Term Bond Fund | | None | M | T | Took over | 10/09 | M | | |
| 30    --USAA Money Market Fund | | None | K | T | Took over | 10/09 | K | | |
| 31    --USAA S&P 500 Ind Fnd Mem.Sh | | None | M | T | Took over | 10/09 | M | | |
| 32    --USAA Short-Term Bond Fund | | None | M | T | Took over | 10/09 | M | | |
| 33    Trust Account #3 | | | | | | | | | |
| 34    --Am.Mutual Fund, Inc. | | None | J | T | Took over | 12/01 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R. | 6/22/04 [amended 8/25/04] |

VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions   *(Includes those of*     *spouse and dependent children. See pp. 34-57 of Instructions.)*

| A Description of Assets (including trust assets) | | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure | | Amt Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 | --Income Fund of America, Inc. | | None | K | T | Took over | 12/01 | K | | |
| 36 | --Wash.Mutual Inv. Fund, Inc. | | None | J | T | Took over | 12/01 | J | | |
| 37 | Trust #4 | | | | | | | | | |
| 38 | --Amer. Mutual Fund, Inc. | | None | J | T | Took over | 12/01 | J | | |
| 39 | --Income Fund of America, Inc. | | None | K | T | Took over | 12/01 | K | | |
| 40 | --Wash. Mutual Inv. Fund, Inc. | | None | J | T | Took over | 12/01 | J | | |
| 41 | | | | | | | | | | |
| 42 | | | | | | | | | | |
| 43 | | | | | | | | | | |
| 44 | | | | | | | | | | |
| 45 | | | | | | | | | | |
| 46 | | | | | | | | | | |
| 47 | | | | | | | | | | |
| 48 | | | | | | | | | | |
| 49 | | | | | | | | | | |
| 50 | | | | | | | | | | |
| 51 | | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R. | 6/22/04 [amended 8/25/04] |

VII. Page 4  INVESTMENTS and TRUSTS -- income, value, transactions   (Includes those of   spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 | | | | | | | | | |
| 53 | | | | | | | | | |
| 54 | | | | | | | | | |
| 55 | | | | | | | | | |
| 56 | | | | | | | | | |
| 57 | | | | | | | | | |
| 58 | | | | | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Under Section VII, items listed on lines 2, 3, 8 through 16 were acquired through marriage.

Under Section VII, items listed on lines 17 through 40 are separate property that person reporting took over handling and has no financial interest.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>Furgeson, William R. | 2. Court or Organization<br><br>U. S. District Court, Texas Western | 3. Date of Report<br><br>June 22, 2004 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U. S. District Judge Article III | 5. Report Type (check appropriate type)<br><br>___ Nomination, Date _____<br><br>___ Initial __X__ Annual ___ Final | 6. Reporting Period<br><br>01/01/03 through 12/31/03 |
|---|---|---|

| 7. Chambers or Office Address<br><br>655 E. Durango, Courtroom Four<br>San Antonio, TX 78206 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| [x] NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
|---|---|
| [ ] NONE (No reportable non-investment income.) | |
| 1 2003 | Self-employed lawyer |
| 2 | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R. | June 22, 2004 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|  | SOURCE | DESCRIPTION |
|---|---|---|
|  | NONE (No such reportable reimbursements.) | |
| 1 | State Bar of Texas | Austin, TX, February 7 and 8, contract seminar-professional assoc. (meals, hotel, transportation) |
| 2 | State Bar of Texas | Houston, TX, February 20, contract seminar-professional assoc. (meals, hotel, transportation) |
| 3 | University of Cincinnati | Cincinnati, OH, March 13 and 14, contract seminar (meals, hotel, transportation) |
| 4 | State Bar of Texas | Austin, TX, March 28, contract seminar-professional assoc. (meals, hotel, transportation) |
| 5 | Trans-Pecos Bar Association | Marfa, TX, April 26 and 27, professional assoc. (meals, hotel, transportation) |
| 6 | State Bar of Texas | Dallas, TX, May 18 and 19, contract seminar-professional assoc. (meals, hotel, transportation) |
| 7 | State Bar of Texas | Houston, TX, June 12 and 13, contract seminar-professional assoc. (meals, hotel, transportation) |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

|  | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

|  | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

## IV. REIMBURSEMEN

| | | |
|---|---|---|
| 8. | Center for Civic Education | Washington, DC, Sept. 20-23, professional assoc. (meals, hotel, transportation) |
| 9. | State Bar of Texas | Dallas, TX, Oct. 9 and 10, professional assoc. (meals, hotel, transportation) |
| 10. | State Bar of Texas | Houston, TX, Nov. 6 and 7, professional assoc. (meals, hotel, transportation) |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R. | June 22, 2004 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 Wells Fargo Bank Accts. | | None | J | T | | | | | |
| 2 Oaks Bank Acct. | | None | | | Open | 07/05 | J | | |
| 3 Wells Fargo Inv.-money market | | None | | | Open | 11/03 | J | | |
| 4 USAA Brokerage Svc. Acct. #1 | | | | | | | | | |
| 5 —Growth & Income Fund | | None | | | Buy | 11/03 | J | | |
| 6 —S&P 500 Index Fund Mem.Shares | | None | | | Buy | 11/03 | J | | |
| 7 —Tax-Exmpt Intrmed.-Term Fund | | None | | | Buy | 11/03 | J | | |
| 8 USAA Brokerage Svc. Acct. #2 | | | | | | | | | |
| 9 —Growth & Income Fund | | None | | | Buy | 11/03 | K | | |
| 10 —High-Yield Opp. Fund | | None | | | Buy | 11/03 | J | | |
| 11 —S&P 500 Index Fund Mem.Shares | | None | | | Buy | 11/03 | K | | |
| 12 —Tax-Exmpt Intrmed.-Term Fund | | None | | | Buy | 11/03 | J | | |
| 13 —Tax-Exmpt Money Mkt. Fund | | None | | | Buy | 11/03 | K | | |
| 14 —Tax-Exmpt Short-Term Fund | | None | | | Buy | 11/03 | J | | |
| 15 —Value Fund | | None | | | Buy | 11/03 | K | | |
| 16 USAA Bank | | None | | | Open | 10/02 | K | | |
| 17 Trust Account #1 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4 More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$ 5,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Furgeson, William R. | June 22, 2004 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| –USAA Delayed Quote | | None | | | Took over | 10/09 | J | | |
| –USAA Growth & Income Fund | | None | | | Took over | 10/09 | K | | |
| –USAA Income Fund | | None | | | Took over | 10/09 | J | | |
| –USAA Intrmed-Term Bond Fund | | None | | | Took over | 10/09 | K | | |
| –USAA Money Market Fund | | None | | | Took over | 10/09 | K | | |
| –USAA S&P 500 Ind Fnd Mem.Sh | | None | | | Took over | 10/09 | L | | |
| –USAA Short-Term Bond Fund | | None | | | Took over | 10/09 | K | | |
| **Trust Account #2** | | | | | | | | | |
| –USAA Delayed Quote | | None | | | Took over | 10/09 | K | | |
| –USAA Growth & Income Fund | | None | | | Took over | 10/09 | L | | |
| –USAA Income Fund | | None | | | Took over | 10/09 | L | | |
| –USAA Intrmed-Term Bond Fund | | None | | | Took over | 10/09 | M | | |
| –USAA Money Market Fund | | None | | | Took over | 10/09 | K | | |
| –USAA S&P 500 Ind Fnd Mem.Sh | | None | | | Took over | 10/09 | M | | |
| –USAA Short-Term Bond Fund | | None | | | Took over | 10/09 | M | | |
| **Trust Account #3** | | | | | | | | | |
| –Am.Mutual Fund, Inc. | | None | | | Took over | 12/01 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2 501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Met_od Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 —Income Fund of America, Inc. | | None | | | Took over | 12/01 | K | | |
| 36 —Wash. Mutual Inv. Fund, Inc. | | None | | | Took over | 12/01 | J | | |
| 37 Trust #4 | | | | | | | | | |
| 38 —Amer. Mutual Fund, Inc. | | None | | | Took over | 12/01 | J | | |
| 39 —Income Fund of America, Inc. | | None | | | Took over | 12/01 | K | | |
| 40 —Wash. Mutual Inv. Fund, Inc. | | None | | | Took over | 12/01 | J | | |
| 41 | | | | | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income<br>during<br>reporting period | | C.<br>Gross value<br>at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 51 | | | | | | | | | |
| 52 | | | | | | | | | |
| 53 | | | | | | | | | |
| 54 | | | | | | | | | |
| 55 | | | | | | | | | |
| 56 | | | | | | | | | |
| 57 | | | | | | | | | |
| 58 | | | | | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (re l est te only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/M rket | |

## VII. Page 5 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More han $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Mar et | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Under Section VII, items listed on lines 2, 3, 8 through 16 were acquired through marriage.

Under Section VII, items listed on lines 17 through 40 are separate property that person reporting took over handling and has no financial interest.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____          Date __06/23/04__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544